MWG:JD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

NAASIA MOLYNEAUX,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE
EASTERN DISTRICT OF
PENNSYLVANIA

(Fed. R. Crim. P. 5)

Case No. 26-MJ-63

EASTERN DISTRICT OF NEW YORK, SS:

Daniel Panissidi, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service ("USMS"), duly appointed according to law and acting as such.

On or about April 4, 2025, the United States District Court for the Eastern District of Pennsylvania issued a warrant for the arrest of the defendant NAASIA MOLYNEAUX for violating the terms of her supervised release ("VOSR") in U.S. v. Molyneaux, 20 CR 366 (EDPA).

The source of your deponent's information and the grounds for his belief are as follows:

1.      On or about April 4, 2025, the United States Probation Department for the Eastern District of Pennsylvania issued a VOSR charging the defendant NAASIA MOLYNEAUX with violating the terms of her supervised release in the case of U.S. v. Molyneaux, 20 CR 366 (EDPA).  A true and correct copy of the Violation Report is attached as Exhibit 1.

2.      On or about April 4, 2025, the United States District Court for the Eastern District of Pennsylvania issued a warrant (the "Warrant") for the arrest of the defendant NAASIA

MOLYNEAUX in connection with the VOSR. A true and correct copy of the Warrant is attached as Exhibit 2.

3.     On or about March 26, 2026, the USMS arrested the defendant NAASIA MOLYNEAUX at a location in Queens, New York, pursuant to the Warrant.

4.     On March 26, 2026, the defendant NAASIA MOLYNEAUX confirmed to law enforcement agents her name, which matched the name of the NAASIA MOLYNEAUX wanted in the Eastern District of Pennsylvania, as well as her date of birth and social security number, which also matched the date of birth and social security number of the NAASIA MOLYNEAUX wanted in the Eastern District of Pennsylvania. Law enforcement agents also compared the physical appearance of the defendant NAASIA MOLYNEAUX to a photograph of NAASIA MOLYNEAUX wanted in the Eastern District of Pennsylvania and she appeared consistent with the person depicted in this photograph. Law enforcement agents fingerprinted the defendant NAASIA MOLYNEAUX and her fingerprints were consistent with fingerprints taken from the NAASIA MOLYNEAUX wanted in the Eastern District of Pennsylvania.

5.     Based on the foregoing, I submit that there is probable cause to believe that the defendant is the NAASIA MOLYNEAUX wanted in the Eastern District of Pennsylvania.

WHEREFORE, your deponent respectfully requests that the defendant NAAISA MOLYNEAUX be removed to the Eastern District of Pennsylvania so that she may be dealt with according to law.

Daniel Panissidi
Deputy Marshal
United States Marshals Service

Sworn to before me this
26th day of March, 2026

# EXHIBITS 1&2

PROB 12
(Rev. 10/93)

# United States District Court

for the

### Eastern District of Pennsylvania

April 4, 2025

U.S.A. vs. Naasia Molyneaux                    Case No. 5:20CR00366-001

### VIOLATION OF SUPERVISED RELEASE

COMES NOW LIZ E. REYES U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Naasia Molyneaux who was placed on supervised release by The Honorable Joseph F. Leeson, Jr. sitting in the Court at Allentown, PA, on the 28th day of July 2021 who fixed the period of supervision at 5 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:      Bank fraud and aiding and abetting (Count 1)

ORIGINAL SENTENCE:    The defendant was sentenced to the custody of the United States Bureau of Prisons for a term of four months, followed by a five-year term of supervised release. A $100.00 special assessment was imposed.

SPECIAL CONDITIONS:    1) The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged; 2) The defendant shall participate in a program at the direction of the probation officer aimed at obtaining a GED, learning a vocation, or improving the defendant's literacy, education level, or employment skills in order to develop or improve skills needed to obtain and maintain gainful employment. The defendant shall remain in any recommended program until completed or until such time as the defendant is released from attendance by the probation officer; 3) The defendant shall provide the U.S. Probation Office with full disclosure of her financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of her financial dealings and shall provide truthful monthly statements of her income; 4) The defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer, unless she is in compliance with her financial obligation. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of her financial obligations or otherwise has the express approval of the Court; 5) In the event the restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of not less than $100, to commence 30 days after release from confinement; and 6) The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or

RE: Molyneaux, Naasia
Case No. 5:20CR00366-001

|  |  |
|---|---|
|  | residence that occurs while any portion of the restitution remains unpaid. |
| VIOLATION HEARING: | On April 30, 2024, a violation hearing was held before Your Honor. At that time, the term of supervised release was revoked, and Ms. Molyneaux was sentenced to a term of imprisonment for a period of two (2) months, followed by a four-year term of supervised release. All previous terms of supervision remain unchanged with the added special condition that the defendant shall participate in a drug treatment program until satisfactorily discharged, and also with the modification that the defendant's restitution payment amount is reduced from $100 per month to $25 per month until the defendant obtains gainful, full-time employment. |
| DATE SUPERVISION COMMENCED: | June 14, 2024 |
| DATE SUPERVISION TERMINATES: | June 13, 2028 |

The above probation officer has reason to believe that the probationer has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

A.   Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer. You must report to the probation officer as instructed.

The defendant failed to report to the U.S. Probation Office as instructed on September 3, 2024; September 10, 2024; September 17, 2024; October 1, 2024; October 8, 2024; January 28, 2025; March 4, 2025; and March 25, 2025. Additionally, the defendant failed to meet with her U.S. Probation Officer for scheduled visits at her residence on December 27, 2024; January 29, 2025; and February 12, 2025. The defendant's whereabouts are unknown at this time.

**GRADE OF VIOLATION**                                                                    <u>C</u>

B.   Standard Condition #: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to

RE: Molyneaux, Naasia
Case No. 5:20CR00366-001

unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

The defendant was residing with her grandmother in Reading, Pennsylvania. On February 10, 2025, the defendant advised that she relocated to 32 North Tulpehocken Street, Pine Grove, Pennsylvania. On March 10, 2025, a home visit was attempted at the residence; however, the address could not be located. An attempted phone call was made to her mobile phone; however, the defendant did not answer. The defendant's whereabouts are unknown at this time.

**GRADE OF VIOLATION**                                                      <u>**C**</u>

C.      <u>Standard Condition #7</u>: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

The defendant failed to obtain full-time employment.

**GRADE OF VIOLATION**                                                      <u>**C**</u>

D.      <u>Special Condition:</u> The defendant was ordered to pay a special assessment in the amount $100.00 and restitution in the amount of $25,807.33 in monthly installments of $100. On April 30, 2024, the monthly payment schedule was reduced to $25.00 a month.

The defendant has not made any payments since the onset of supervision.

**GRADE OF VIOLATION**                                                      <u>**C**</u>

E.      <u>Special Condition:</u> The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged.

The defendant was instructed to enroll in co-occurring treatment with Berks Counseling Center, Reading, Pennsylvania on numerous

RE: Molyneaux, Naasia
Case No. 5:20CR00366-001

occasions. The defendant failed to enter co-occurring treatment as instructed.

**GRADE OF VIOLATION**                                            <u>C</u>

F.      <u>Special Condition</u>: The defendant shall participate in a drug treatment program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged

The defendant was instructed to enroll in co-occurring treatment with Berks Counseling Center, Reading, Pennsylvania on numerous occasions. The defendant failed to enter co-occurring treatment as instructed.

**GRADE OF VIOLATION**                                            <u>C</u>

PRAYING THAT THE COURT WILL ORDER...          **THE ISSUANCE OF A WARRANT DIRECTING THAT THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.**

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*James E. Dirzulaitis*
James E. Dirzulaitis
Supervising U.S. Probation Officer
<u>Reading, PA</u>
Date: April 4, 2025

LER
cc: Assistant U.S. Attorney
    Defense Attorney
    U.S. Marshal's - Warrant Squad

ORDER OF THE COURT
Considered and ordered this __4th__ day
of __April__ , 20 _25_ and ordered
filed and made part of the records in the above case.

/s/ Joseph F. Leeson, Jr.
_____
U.S. District Court Judge

Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Pennsylvania

U.S.A. vs. NAASIA MOLYNEAUX        Case No. 5:20CR00366-001

TO:  [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT<br>**NAASIA MOLYNEAUX** | | SEX<br>F | RACE<br>W/Hispanic | AGE<br>28 |
| ADDRESS (STREET, CITY, STATE) | | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court Eastern District of Pennsylvania | | | DATE IMPOSED<br>July 28, 2021 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court Eastern District of Pennsylvania | | | | |
| CLERK<br>George Wylesol | (BY) DEPUTY CLERK<br>*Evelyn Kenner* | | DATE    4/4/25 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the Eastern District of Pennsylvania;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

NOTE: The U.S. Attorney and counsel of record have been notified of the issuance of a warrant.